| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Brittany Fochtmann** | Social Security number or ITIN | **xxx–xx–6929** |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Matthew Todd Fochtmann** | Social Security number or ITIN | **xxx–xx–1733** |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Middle District of Alabama** | Date case filed for chapter **7** | |
| Case number: | **17–32091** | **July 21, 2017** | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**No one in the bankruptcy clerk's office may give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Brittany Fochtmann | Matthew Todd Fochtmann |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 992 Old Ware Rd<br>Wetumpka, AL 36093 | 992 Old Ware Rd<br>Wetumpka, AL 36093 |
| 4. | **Debtor's attorney**<br>Name and address | Richard D. Shinbaum<br>Shinbaum & Campbell<br>P.O. Box 201<br>Montgomery, AL 36101 | Contact phone 334–269–4440<br><br>Email: rshinbaum@smclegal.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Susan S. DePaola<br>PO Box 6234<br>Montgomery, AL 36106 | Contact phone 334–262–1600 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | One Church Street<br>Montgomery, AL 36104 | Hours open 8:30 AM – 4:00 PM<br><br>Contact phone 334–954–3800<br><br>Date: July 22, 2017 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 18, 2017 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br>**Valid photo identification required.**<br>**No cell phones or cameras will be allowed in the building.** | Location:<br><br>**Frank M. Johnson, Jr. Federal Courthouse, (Lee St. entrance), Sec. 341 Meeting Room (105), Montgomery, AL 36104** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** October 17, 2017 |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page **2**

Case 17-32091    Doc 10    Filed 07/26/17    Entered 07/27/17 00:23:51    Desc Imaged
Certificate of Notice    Page 2 of 4

In re:  Case No. 17-32091-WRS
Brittany Fochtmann  Chapter 7
Matthew Todd Fochtmann
    Debtors

# CERTIFICATE OF NOTICE

District/off: 1127-2     User: admin     Page 1 of 2     Date Rcvd: Jul 24, 2017
                   Form ID: 309A     Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2017.

```
db/jdb       +Brittany Fochtmann,    Matthew Todd Fochtmann,    992 Old Ware Rd,    Wetumpka, AL 36093-3766
3809537      +AT & T WIRELESS,    10550 DEERWOOD PK,    BLVD STE 708,    Jacksonville, FL 32256-0596
3809536      +Advanced Dental Care,    2149 Taylor Road,    Montgomery, AL 36117-3422
3809538      +BAPTIST MEDICAL CENTER EAST,    PO BOX 241145,    Montgomery, AL 36124-1145
3809542      +Comenity Capital Bank,    c/o Bill Me Later,    P O Box 5138,
               Lutherville Timonium, MD 21094-5138
3809533       EQUIFAX INFORMATION SERVICES LLC,    P.O. BOX 740241,    Atlanta, GA 30374-0241
3809535       EXPERION,    P.O. BOX 9701,    Allen, TX 75013-9701
3809545       Fingerehut/Advantage,    P.O. Box 166,    Newark, NJ 07101-0166
3809547     ++GUARDIAN CREDIT UNION,    1789 CONGRESSMAN W L DICKNSON DR,    MONTGOMERY AL 36109-2601
              (address filed with court: Guardian Credit Union,    1789 Congressman W.L. Dickinson,
               Montgomery, AL 36109)
3809548      +HUGHES POOLS,    658 N EASTERN BLVD,    Montgomery, AL 36117-2216
3809551      +ITEC,    4255 Carmichael Court N.,    Montgomery, AL 36106-3607
3809550      +ITEC,    C/O HCBC,    1286 CARMICHAEL WAY,    Montgomery, AL 36106-3645
3809552      +JACKSON HOSPITAL,    1725 PINE STREET,    Montgomery, AL 36106-1117
3809556      +LUCCI LAW FIRM,    8317 CROSSLAND LOOP,    Montgomery, AL 36117-8483
3809557      +LVNVFUNDG,    625 PILOT ROAD,    SUITE 2/3,    Las Vegas, NV 89119-4485
3809558      +MAX CREDIT UNION,    400 EASTDALE CIR,    Montgomery, AL 36117-2117
3809567       STORAGE OF ECLECTIC,    c/o Richard C. Dean, Jr.,    P.O. Box 1028,    Montgomery, AL 36101-1028
3809534       TRANSUNION CONSUMER SOLUTIONS,    P.O. BOX 2000,    CHESTER, PA 19022-2000
3809572      +Virginia Lucci,    8317 Crossland Loop,    Montgomery, AL 36117-8483
3809573      +WE  LOVE KIDS DAYCARE,    2425 DOZIER RD,    Wetumpka, AL 36093-2964
3809574      +Wetumpka Water Works,    P.O. Box 69,    Wetumpka, AL 36092-0002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty           E-mail/Text: rshinbaum@smclegal.com Jul 24 2017 20:45:32      Richard D. Shinbaum,
               Shinbaum & Campbell,    P.O. Box 201,    Montgomery, AL 36101
tr           +EDI: QSSDEPAOLA.COM Jul 24 2017 20:38:00      Susan S. DePaola,    PO Box 6234,
               Montgomery, AL 36106-0234
3809539       EDI: CAPITALONE.COM Jul 24 2017 20:38:00      CAPITAL ONE,    PO BOX 85015,    Richmond, VA 23285
3809540      +EDI: CAPITALONE.COM Jul 24 2017 20:38:00      CAPITAL ONE BANK USA,    PO BOX 30281,
               Salt Lake City, UT 84130-0281
3809541      +EDI: CHASE.COM Jul 24 2017 20:38:00      CHASE CARD,    201 N WALNUT ST,    DE1-1027,
               Wilmington, DE 19801-2920
3809543      +EDI: RCSFNBMARIN.COM Jul 24 2017 20:38:00      CREDIT ONE BANK,    585 S. PIOLT STREET,
               Las Vegas, NV 89119-3619
3809549      +EDI: IRS.COM Jul 24 2017 20:38:00      INTERNAL REVENUE SERVICE,    P.O. BOX 7346,
               Philadelphia, PA 19101-7346
3809553       EDI: JEFFERSONCAP.COM Jul 24 2017 20:38:00      Jefferson Capital System,    16 McLealand Road,
               P O Box 7999,    Saint Cloud, MN 56302-9617
3809554      +E-mail/Text: ebnsterling@weltman.com Jul 24 2017 20:46:00      KAY JEWELRS,    375 GHENT ROAD,
               Akron, OH 44333-4600
3809555       EDI: CBSKOHLS.COM Jul 24 2017 20:38:00      KOHLS/CAP1,    PO BOX 3115,
               Milwaukee, WI 53201-3115
3809559       EDI: PRA.COM Jul 24 2017 20:38:00      PORTFOLIO RECOVERY,    120 CORPORATE BLVD STE 100,
               Norfolk, VA 23502
3809560      +E-mail/Text: bankruptcy@progfinance.com Jul 24 2017 20:46:09      PROGRESSIVE LEASING,
               256 WEST DATA DRIVE,    Draper, UT 84020-2315
3809561      +EDI: RESURGENT.COM Jul 24 2017 20:38:00      PYOD,    P.O. Box 10497,    Greenville, SC 29603-0497
3809562      +E-mail/Text: bankruptcy@regionalmanagement.com Jul 24 2017 20:45:43      REGIONAL FINANCE,
               246 Interstate Commercial Park Loop,    Prattville, AL 36066-7361
3809563      +EDI: DRIV.COM Jul 24 2017 20:38:00      SANTANDER CONSUMER USA,
               8585 N. STEMMONS FWY, STE 1100-N,    Dallas, TX 75247-3822
3809564      +E-mail/Text: rgriffith@servsol.com Jul 24 2017 20:46:31      SERVISOLUTIONS,
               2000 INTERSTATE PARK SUITE 406,    Montgomery, AL 36109-5414
3809565      +E-mail/Text: rgriffith@servsol.com Jul 24 2017 20:46:31      SERVISOLUTIONS,
               2000 Interstate Park Dr. STE 408,    Montgomery, AL 36109-5414
3809566       E-mail/Text: Daphne@spillerfurniture.com Jul 24 2017 20:45:37      SPILLER FURNITURE STORES,
               PO BOX 20824,    Tuscaloosa, AL 35402-0824
3809568      +EDI: RMSC.COM Jul 24 2017 20:38:00      SYNCB/AMAZON,    4125 WINDWARD PLAZA,
               Alpharetta, GA 30005-8738
3809569      +EDI: RMSC.COM Jul 24 2017 20:38:00      SYNCB/BELK,    4125 WINDWARD PLAZA,
               Alpharetta, GA 30005-8738
3809570       EDI: RMSC.COM Jul 24 2017 20:38:00      Synchrony bank,    P O Box 965064,
               Orlando, FL 32896-5064
3809571      +EDI: VERIZONWIRE.COM Jul 24 2017 20:38:00      VERIZON WIRELESS,    PO BOX 26055,
               NATIONAL RECOVERY DEPT M.S. 400,    Minneapolis, MN 55426-0055
                                                                                              TOTAL: 22
```

```
District/off: 1127-2           User: admin              Page 2 of 2                Date Rcvd: Jul 24, 2017
                               Form ID: 309A            Total Noticed: 43
```

***** BYPASSED RECIPIENTS (continued) *****

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
3809544           EVA TAYLOR,    AL
3809546*     ++GUARDIAN CREDIT UNION,   1789 CONGRESSMAN W L DICKNSON DR,   MONTGOMERY AL 36109-2601
              (address filed with court:  Guardian Credit Union,    418 Madison Ave,   Montgomery, AL 36104)
                                                                                TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 22, 2017 at the address(es) listed below:
NONE.                                                                                       TOTAL: 0