# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re                                                Case No. 17-32091-WRS
                                                     Chapter 7
BRITTANY FOCHTMANN
MATTHEW TODD FOCHTMANN,

      Debtors

## ORDER

For the reasons set forth on the record on October 31, 2017, on the debtors' motion to enlarge time to file a reaffirmation agreement which will be treated as a motion to defer discharge (Doc. 28), it is

ORDERED that the motion is GRANTED, and entry of the discharge is DEFERRED until **November 30, 2017.**

Done this 3rd day of November, 2017.

                                        United States Bankruptcy Judge

c: Richard D. Shinbaum, Attorney for Debtors
   Susan S. DePaola, Trustee